*EXHIBIT 1*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

BANCO MASTER, S.A., BANCO LETSBANK, S.A.,
BANCO MASTER DE INVESTIMENTO, S.A., and
MASTER S/A CORRETORA DE CAMBIO, TÍTULOS
E VALORES MOBILIÁRIOS,                                        Chapter 15
                                                             Case No.:
Debtors in a Foreign Proceeding.

_____/

**DECLARATION OF THE FOREIGN REPRESENTATIVE**
**IN SUPPORT OF THE CHAPTER 15 PETITION FOR**
**RECOGNITION OF A FOREIGN MAIN PROCEEDING**

I, EDUARDO FELIX BIANCHINI, hereby declare under penalty of perjury under the

laws of the United States as follows:

1.      I am over the age of 18 and, if called upon, could completely testify as to all

matters set forth in this Declaration based upon my own personal knowledge, except for those

parts otherwise specified. Where matters are based on information supplied to me, those matters

are true to the best of my information, knowledge, and belief, and I clearly identify the source of

that knowledge.

2.      I am a native Portuguese speaker and have sworn the original of this Declaration

in Portuguese, as well as the English version that was prepared for filing.

3.      I am a shareholder and representative of EFB Regimes Especiais de Empresas,

Ltda. (the "Liquidator"), the extrajudicial liquidator of Banco Master, S.A., Banco LetsBank,

S.A., Banco Master de Investimento, S.A., and Master S/A Corretora de Cambio, Títulos e

Valores Mobiliários (jointly, the "Debtors"), which are subject to a liquidation proceeding (the



"Brazilian Liquidation Proceeding") administered by the Central Bank of Brazil (the "Central Bank").

4.      I make this Declaration in support of the *Motion for Order Granting Recognition of Foreign Main Proceedings Pursuant to §§ 1515 and 1517 of the Bankruptcy Code* (the "Motion").

<div align="center">

**Factual Background**

</div>

**I.    The Debtors' Business Operations**

5.      Banco Master, S.A. ("Banco Master") began operations in 1974, under the name Banco Máxima, focusing on corporate credit, foreign exchange, and treasury operations. In the mid-1990s, the bank expanded its operations and began ventures into real estate credit, as well as fund and wealth management sectors. Despite the financial institution's growth in the first decade of the 2000s, throughout the second decade of the 2000s, Banco Máxima's credit portfolios began to deteriorate, and the Central Bank initiated a series of investigations into its financial affairs, focusing on the then controllers and administrators' management of the bank.

6.      Due to the Central Bank's investigation, Banco Máxima's founders, controllers, and administrators were disqualified as a result of serious violations of pertinent banking and financial regulations. These disqualified controllers transferred control of Banco Máxima to Mr. Daniel Bueno Vorcaro ("Mr. Vorcaro") who sought to restructure and revitalize the financial institution.

7.      After the Central Bank authorized Mr. Vorcaro's assumption of control, Mr. Vorcaro began to put his restructuring plan into place. First, Mr. Vorcaro changed Banco Máxima's operational focus and its corporate name to Banco Master, S.A. Second, Mr. Vorcaro sought to capitalize Banco Master by engaging in a fundraising process whereby investors

<div align="center">2</div>



contributed capital in exchange for bank deposit certificates (the "Bank Deposit Certificates") with above-market, inflated returns. Mr. Vorcaro's restructuring plan appeared to be quite successful, so much so that throughout 2023 and 2024, Banco Master registered record results.

8.    This apparent success was dismantled in 2025, after a series of attempts to buy and sell control of Banco Master revealed certain irregularities in the destination of the investors' contributed funds. The Central Bank initiated a series of investigations which raised several questions and doubts relating to the destiny of the contributions made by the investors and the account holders of Banco Master and its affiliates. These investigations led to the conclusion that at least part of the assets previously gathered from investors and account holders had been illicitly dissipated. A table reflecting Banco Master's corporate structure is provided below:



9.    The Central Bank's investigations caused an avalanche of news stories in various national and foreign media outlets, which began to link Mr. Vorcaro's life of luxury and extravagances, including the acquisition of properties and assets in foreign jurisdictions, with

3



potential frauds committed to the detriment of the Debtors' account holders and investors in the Bank Deposit Certificates.

## II.    Procedural Background of the Foreign Proceeding

10.    On November 18, 2025, the Central Bank ordered the extrajudicial liquidation of Banco Master pursuant to Ato Do Presidente No. 1.369 (the "Banco Master Liquidation Order") and appointed my company, EFB Regimes Especiais de Empresas, Ltda., to serve as the extrajudicial liquidator for Banco Master in connection with its extrajudicial liquidation proceeding pending before the Central Bank. A true and correct copy of Central Bank's Ato Do Presidente No. 1.369 dated November 18, 2025, along with its English translation is attached hereto as **Exhibit "A".** The Banco Master Liquidation Order determined that Banco Master and its Debtor-affiliates could not return to normal business operations due to their confirmed distressed financial condition and serious violations of the regulations of the National Monetary Council and of the Central Bank.

11.    On November 18, 2025, the Central Bank further extended the effects of the Banco Master Liquidation Order to three of Banco Master's affiliates—*i.e.*, (a) Banco LetsBank, S.A., (b) Banco Master de Investimentos, S.A., and (c) Master S/A Corretora de Cambio, Títulos e Valores Mobiliários—and extended my company's appointment as the extrajudicial liquidator of those entities. True and correct copies of Central Bank's Ato do Presidente Nos. 1.371, 1.372, and 1.373, which extended Banco Master's extrajudicial liquidation to Banco Master de Investimentos, S.A., Banco LetsBank, S.A., and Master S/A Corretora de Cambio, Títulos e Valores Mobiliários, respectively (the "Affiliates Liquidation Orders"), along with their respective English translations are attached hereto as **Composite Exhibit "B".**

4



12.     Pursuant to the Banco Master Liquidation Order and the Affiliates Liquidation Orders, the Central Bank sent notice to several financial institutions of the extrajudicial liquidations and froze the assets of the Debtors' controllers and ex-administrators. True and correct copies of Central Bank's Comunicado Nos. 44.234, 44.236, 44.237, and 44.238 which provided notice of the extrajudicial proceedings and froze the assets of Banco Master, S.A., Banco Master de Investimentos, S.A., Banco LetsBank, S.A., and Master S/A Corretora de Cambio, Títulos e Valores Mobiliários', controllers and ex-administrators, respectively, along with their respective English translations are attached hereto as **Composite Exhibit "C".**

### The Extrajudicial Liquidation Process

13.     The Brazilian Liquidation Proceeding is governed by Brazil's Law nº 6.024, of March 13, 1974 (the "Brazilian Extrajudicial Liquidation Law"), a Brazilian law regulating the intervention and extrajudicial liquidation of financial institutions. The Brazilian Extrajudicial Liquidation Law relates to insolvency as it is applicable. "whenever the financial and economic situation is endangered, . . . . or upon verification of any of the reasons which could authorize the declaration of bankruptcy" and/or "whenever the management seriously violates legal and statutory rules which discipline the activities of the institutions, as well as the norms set by the National Monetary Council or by the Central Bank . . . ." *See* Art. 15. of the Brazilian Extrajudicial Liquidation Law.

14.     Article 16 of Brazilian Extrajudicial Liquidation Law further explains the role of the Liquidator, it states: "the extra-judicial liquidation shall be conducted by a liquidator, appointed by the Central Bank, with ample powers of management and liquidation, particularly, those to verify and classify credits, as well as any act involving personnel admission and dismissal, fixing their remuneration, granting and cancelling powers of attorney, proposing judicial demands, and representing the entity in and out of the Courts." Pursuant to Article 22 of



the Brazilian Extrajudicial Liquidation Law, the Liquidator is also under a duty to "publish a notice to the creditor(s) in the Official Gazette of the Union and in a widely circulated newspaper in the locality of the entity's headquarters, calling upon them to declare their respective claims[.]".

15.     The Central Bank may extend the declared extrajudicial liquidation of a financial institution to another company with "integrated activities or common interests" which the Brazilian Extrajudicial Liquidation Law defines in Article 51 as "when the legal entities mentioned in this article are debtors of the entity under intervention or extra-judicial liquidation, or when their partners or shareholder participate in its capital of more than 10% (ten percent)[.]"

16.     The Brazilian Extrajudicial Liquidation Law incorporates "[t]he provisions of the Brazilian Bankruptcy Law, Law No. 7,661, of June 21, 1945[1] [which] shall apply to the extrajudicial liquidation, where applicable and not conflicting with the provisions of this Law, with the liquidator being equated to the trustee, and the Central Bank of Brazil to the bankruptcy judge[.]"

17.     Article 24 and 30 of the Brazilian Extrajudicial Liquidation Law explain the method and rights of creditors to an appeals process before the Central Bank in which the decisions of the liquidator, including but not limited to the decision to legitimize, value and/or classify debts, may be appealed without staying its effect within a period of 10 days from receipt of the notice transmitted by the creditor(s). Moreover, as administrative acts, together with those acts performed by the Central Bank, the liquidator's decisions are ultimately subject to judicial review by the local State Court due to the principle of inevitability of jurisdiction as provided for

---

[1] Decree-Law No. 7,661/45, which dealt with the former bankruptcy law, was repealed and replaced/superseded by Law No. 11,101/05, which governs judicial reorganization, extrajudicial reorganization, and the bankruptcy of businesses and business entities.



in Article 5, XXXV of the Constitution of the Federal Republic of Brazil and Article 3 of the Brazilian Code of Civil Procedure.

18.    The Central Bank appointed my company as extrajudicial liquidator of the Debtors. Therefore, EFB Regimes Especiais de Empresas, Ltda. is a body authorized in the Brazilian Liquidation Proceeding to administer the liquidation of the Debtors' assets and affairs and to act as a representative of the Brazilian Liquidation Proceeding. My company's address is as follows:

<div align="center">

EFB Regime Especiais de Empresas, Ltda.
Attn: Eduardo Felix Bianchini
Largo da Misericórdia, 23 - Centro Histórico de São Paulo,
São Paulo - SP, 01012-020, Brazil

</div>

19.    For purposes of this proceeding, the Liquidator requests that any correspondence be sent, in addition to the address provided above, to the following:

<div align="center">

Sequor Law, P.A.
Attn: Fernando J. Menendez, Edward H. Davis,
Juan J. Mendoza, and Michael D. Hanlon
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131

</div>

**The Debtors have Property in the United States**

20.    Banco Master is a party to two separate agreements with Watson Brickell Development, LLC, as lessor, relating to the lease of office space located at Suites 4400 and 4501 at 830 Brickell Plaza, Miami, Florida 33131 (together, the "Office Leases"), which the lessor has purported to terminate. Banco Master is reserving all rights to property and to enforce claims relating to the Office Leases, including with regard to the lessor's setoff of deposits.

21.    In addition, the Liquidator, on behalf of the Debtors, has retained Sequor Law, P.A. ("Sequor Law") in this District, and Sequor Law holds in its trust account in this District

<div align="center">7</div>



US$1,500 on behalf of and for the benefit of each of the Debtors, to which funds Sequor Law has no rights of setoff, charging lien, or similar right.

### Statement Identifying Foreign Proceedings with Respect to the Debtors

22.    In accordance with section 1515(c) of the Bankruptcy Code, I am not aware of any foreign proceedings, as that term is defined in section 101(23), other than the extrajudicial liquidation proceedings currently pending in Brazil. I am the only duly authorized foreign representative of the Debtors as that term is defined in section 101(24).

### Parties to any U.S. Litigation in which the Debtors are a Party

23.    In accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I am not aware of any litigation pending in the United States in which the Debtors are a party.

### Entities Against Whom Provisional Relief Is Being Sought

24.    At this time, the Liquidator is not seeking provisional relief under 11 U.S.C. § 1519.

8



I, Eduardo Felix Bianchini, declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. §1746, that I am a shareholder and representative of EFB Regimes Especiais de Empresas Ltda., the Central Bank of Brazil-appointed extrajudicial liquidator for Banco Master, S.A., Banco LetsBank, S.A., Banco Master de Investimento, S.A., and Master S/A Corretora de Cambio, Títulos e Valores Mobiliários, and that, in such capacity, I have the authority to make this Declaration; that I have read the foregoing Declaration; that the facts and matters alleged and contained herein are true and correct to the best of my knowledge and belief, based upon my own personal knowledge of the facts involved and upon my review of the available documents pertaining to Banco Master, S.A., Banco LetsBank, S.A., Banco Master de Investimento, S.A., and Master S/A Corretora de Cambio, Títulos e Valores Mobiliários.

Executed in São Paulo, Brazil on _10_ December, 2025

Eduardo Felix Bianchini
for and on behalf of Banco Master, S.A., Banco LetsBank, S.A., Banco Master de Investimento, S.A., and Master S/A Corretora de Cambio, Títulos e Valores Mobiliários, as extrajudicial liquidator in the Brazilian Liquidation Proceeding

# EXHIBIT A



**Tradução nº I-67853**
**Livro nº 817**
**Folha 858**

SANDRA REGINA MATTOS RUDZIT

TRADUTORA PÚBLICA

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

12/05/2025, 6:55 p.m.

ACT No. 1.369 OF NOVEMBER 18, 2025 - ACT No. 1.369 OF NOVEMBER 18, 2025 - FEDERAL OFFICIAL GAZETTE (DOU) - National Press

### FEDERAL OFFICIAL GAZETTE

Published on: 11/19/2025 | Ed.: 221 | Section: 1 | Page: 278

**Body: Central Bank of Brazil**

**ACT No. 1.369 OF NOVEMBER 18, 2025**

Declares the extrajudicial liquidation of Banco Master S.A.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters "a" and "b" and paragraph 2, and 16 of Law No. 6.024 of March 13, 1974, due to the worsening of the economic and financial situation of the institution, with deterioration of the situation of liquidity, as well as due to violation of the rules governing the banking activity and noncompliance with the determinations of the Central Bank of Brazil, as provided for in PE 285696, resolves:

Article 1 The extrajudicial liquidation of Banco Master S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.923.798/0001-00, with principal place of business in Rio de Janeiro, RJ is hereby declared.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

**GABRIEL MURICCA GALÍPOLO**

This content does not replace the one published in the certified version.

https://www.in.gov.br/web/dou/-/ato-n-1.369-de-18-de-novembro-de-2025-670186385
*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29081*

SANDRA REGINA MATTOS RUDZIT

Tradutora Pública

pgi/274577.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www.just.trd.br

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/9N2J8-DX3E8-PXTHB-8V86Q.

Case 25-24568-SMG    Doc 2-1    Filed 12/10/25    Page 13 of 47

# DIÁRIO OFICIAL DA UNIÃO

Publicado em: 19/11/2025 | Edição: 221 | Seção: 1 | Página: 278

**Órgão: Banco Central do Brasil**

## ATO Nº 1.369, DE 18 DE NOVEMBRO DE 2025

Decreta a liquidação extrajudicial do Banco Master S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, e 16 da Lei nº 6.024, de 13 de março de 1974, em razão do comprometimento da situação econômico-financeira da instituição, com deterioração da situação de liquidez, bem como por infringência às normas que disciplinam a atividade bancária e inobservância das determinações do Banco Central do Brasil, conforme consta no PE 285696, resolve:

Art. 1º Fica decretada a liquidação extrajudicial do Banco Master S.A., CNPJ 33.923.798/0001-00, com sede no Rio de Janeiro, RJ.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 - SSP/SP e CPF \*\*\*.514.\*\*\*-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

**GABRIEL MURICCA GALÍPOLO**

Este conteúdo não substitui o publicado na versão certificada.



Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/9N2J8-DX3E8-PXTHB-8V86Q.



# SIGNATURES
# MANIFEST



Validation code: 9N2J8-DX3E8-PXTHB-8V86Q

Document signed with ICP Brazil digital certificates on Assinador ONR by the following signers:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

To verify signatures, access the  validation direct link for this document:

https://assinador.onr.org.br/validate/9N2J8-DX3E8-PXTHB-8V86Q

Or access the signed document search available at the link below and provide the validation code:

https://assinador.onr.org.br/validate

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/9N2J8-DX3E8-PXTHB-8V86Q.

# EXHIBIT B



**Tradução nº I-67854**
**Livro nº 817**
**Folha 859**

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

12/05/2025, 6:56 p.m.

ACT No. 1.371 OF NOVEMBER 18, 2025 - ACT No. 1.371 OF NOVEMBER 18, 2025 - FEDERAL OFFICIAL GAZETTE (DOU) - National Press

## FEDERAL OFFICIAL GAZETTE

Published on: 11/19/2025 | Ed.: 221 | Section: 1 | Page: 278

### Body: Central Bank of Brazil

### ACT No. 1.371 OF NOVEMBER 18, 2025

Declares the extrajudicial liquidation of Banco Master de Investimento S.A.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters "a" and "b", and paragraph 2, 16 and 51 of law No. 6.024 of March 13, 1974, and considering the relationship of interest, evidenced by the exercise of the controlling power and by the existence of common management with Banco Master S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.923.798/0001-00, the extrajudicial liquidation of which is declared on the date hereof, and the other provisions of PE 285696, resolves:

Article 1 The extrajudicial liquidation of Banco Master de Investimento S.A., CNPJ 09.526.594/0001-43, with principal place of business in São Paulo, SP, is declared by extension.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

**GABRIEL MURICCA GALÍPOLO**

This content does not replace the one published in the certified version.

https://www.in.gov.br/web/dou/-/ato-n-1.371-de-18-de-novembro-de-2025-670199792

*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29081*

SANDRA REGINA MATTOS RUDZIT

Tradutora Pública

pgi/274578.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www.just.trd.br

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/MHEFT-DUAQ5-MU7M8-FSDPX.

05/12/2025, 18:56 ATO Nº 1.371, DE 18 DE NOVEMBRO DE 2025 - ATO Nº 1.371, DE 18 DE NOVEMBRO DE 2025 - DOU - Imprensa Nacional

Case 25-24568-SMG Doc 2-1 Filed 12/10/25 Page 17 of 47

# DIÁRIO OFICIAL DA UNIÃO

Publicado em: 19/11/2025 | Edição: 221 | Seção: 1 | Página: 278

**Órgão: Banco Central do Brasil**

## ATO Nº 1.371, DE 18 DE NOVEMBRO DE 2025

Decreta a liquidação extrajudicial do Banco Master de Investimento S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o Banco Master S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, e o que mais consta do PE 285696, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial do Banco Master de Investimento S.A., CNPJ 09.526.594/0001-43, com sede em São Paulo, SP.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 – SSP/SP e CPF ***.514.***-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

**GABRIEL MURICCA GALÍPOLO**

Este conteúdo não substitui o publicado na versão certificada.



Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/MHEFT-DUAQ5-MU7M8-FSDPX.



# SIGNATURES MANIFEST



Validation code: MHEFT-DUAQ5-MU7M8-FSDPX

Document signed with ICP Brazil digital certificates on Assinador ONR by the following signers:

Sandra Regina Mattos Rudzit (CPF \*\*\*.060.018-\*\*)

To verify signatures, access the  validation direct link for this document:

https://assinador.onr.org.br/validate/MHEFT-DUAQ5-MU7M8-FSDPX

Or access the signed document search available at the link below and provide the validation code:

https://assinador.onr.org.br/validate

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/MHEFT-DUAQ5-MU7M8-FSDPX.



**Tradução nº I-67855**
**Livro nº 817**
**Folha 860**

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/UPUPL-H5EQP-R2HNC-4UWDB.

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

12/05/2025, 6:56 p.m.

ACT No. 1.372 OF NOVEMBER 18, 2025 - ACT No. 1.372 OF NOVEMBER 18, 2025 - FEDERAL OFFICIAL GAZETTE (DOU) - National Press

### FEDERAL OFFICIAL GAZETTE

Published on: 11/19/2025 | Ed.: 221 | Section: 1 | Page: 278

**Body: Central Bank of Brazil**

**ACT No. 1.372 OF NOVEMBER 18, 2025**

Declares the extrajudicial liquidation of Banco Letsbank S.A.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters "a" and "b", and paragraph 2, 16 and 51 of Law No. 6.024 of March 13, 1974, and considering the relationship of interest, evidenced by the exercise of the controlling power and by the existence of common management with Banco Master S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.923.798/0001-00, the extrajudicial liquidation of which is declared on the date hereof, and the other provisions of PE 285696, resolves:

Article 1 The extrajudicial liquidation of Banco Letsbank S.A., CNPJ 58.497.702/0001-02, with principal place of business in São Paulo, SP, is declared by extension.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

**GABRIEL MURICCA GALÍPOLO**

This content does not replace the one published in the certified version.

https://www.in.gov.br/web/dou/-/ato-n-1.372-de-18-de-novembro-de-2025-670203422

*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29081*

SANDRA REGINA MATTOS RUDZIT

Tradutora Pública

pgi/274579.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 - Térreo - Cerqueira César - Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www.just.trd.br

05/12/2025, 18:56    ATO Nº 1.372, DE 18 DE NOVEMBRO DE 2025 – ATO Nº 1.372, DE 18 DE NOVEMBRO DE 2025 – DOU - Imprensa Nacional

Case 25-24568-SMG    Doc 2-1    Filed 12/10/25    Page 20 of 47

# DIÁRIO OFICIAL DA UNIÃO

Publicado em: 19/11/2025 | Edição: 221 | Seção: 1 | Página: 278

**Órgão: Banco Central do Brasil**

## ATO Nº 1.372, DE 18 DE NOVEMBRO DE 2025

Decreta a liquidação extrajudicial do Banco Letsbank S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o Banco Master S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, e o que mais consta do PE 285696, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial do Banco Letsbank S.A., CNPJ 58.497.702/0001-02, com sede em São Paulo, SP.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 - SSP/SP e CPF \*\*\*.514.\*\*\*-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

**GABRIEL MURICCA GALÍPOLO**

Este conteúdo não substitui o publicado na versão certificada.



Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/UPUPL-H5EQP-R2HNC-4UWDB.



# SIGNATURES MANIFEST



Validation code: UPUPL-H5EQP-R2HNC-4UWDB

Document signed with ICP Brazil digital certificates on Assinador ONR by the following signers:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

To verify signatures, access the  validation direct link for this document:

https://assinador.onr.org.br/validate/UPUPL-H5EQP-R2HNC-4UWDB

Or access the signed document search available at the link below and provide the validation code:

https://assinador.onr.org.br/validate

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/UPUPL-H5EQP-R2HNC-4UWDB.

**Tradução nº I-67856**
**Livro nº 817**
**Folha 861**

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

12/05/2025, 6:57 p.m.

ACT No. 1.373 OF NOVEMBER 18, 2025 - ACT No. 1.373 OF NOVEMBER 18, 2025 - FEDERAL OFFICIAL GAZETTE (DOU) - National Press

### FEDERAL OFFICIAL GAZETTE

Published on: 11/19/2025 | Ed.: 221 | Section: 1 | Page: 278

**Body: Central Bank of Brazil**

**ACT No. 1.373 OF NOVEMBER 18, 2025**

Declares the extrajudicial liquidation of Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters "a" and "b", and paragraph 2, 16, 51 and 52 of Law No. 6.024 of March 13, 1974, and considering the relationship of interest, evidenced by the exercise of the controlling power and by the existence of common management with Banco Master S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.923.798/0001-00, the extrajudicial liquidation of which is declared on the date hereof, and the other provisions of PE 285696, resolves:

Article 1 The extrajudicial liquidation of Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários, CNPJ 33.886.862/0001-12, with  principal place of business in Rio de Janeiro, RJ is hereby declared by extension.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

**GABRIEL MURICCA GALÍPOLO**

This content does not replace the one published in the certified version.

https://www.in.gov.br/web/dou/-/ato-n-1.373-de-18-de-novembro-de-2025-670180050

*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29081*

SANDRA REGINA MATTOS RUDZIT

Tradutora Pública

pgi/274580.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 = Térreo = Cerqueira César = Cep: 01418-100 - São Paulo - SP-  Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www.just.trd.br

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/VKST3-6MHZV-NABDP-MTGCA.

# DIÁRIO OFICIAL DA UNIÃO

Publicado em: 19/11/2025 | Edição: 221 | Seção: 1 | Página: 278

**Órgão: Banco Central do Brasil**

## ATO Nº 1.373, DE 18 DE NOVEMBRO DE 2025

Decreta a liquidação extrajudicial da Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, 16, 51 e 52 da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o Banco Master S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, e o que mais consta do PE 285696, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários, CNPJ 33.886.862/0001-12, com sede no Rio de Janeiro, RJ.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 – SSP/SP e CPF \*\*\*.514.\*\*\*-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

**GABRIEL MURICCA GALÍPOLO**



Este conteúdo não substitui o publicado na versão certificada.

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/VKST3-6MHZV-NABDP-MTGCA.



# SIGNATURES MANIFEST



Validation code: VKST3-6MHZV-NABDP-MTGCA

Document signed with ICP Brazil digital certificates on Assinador ONR by the following signers:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

To verify signatures, access the  validation direct link for this document:

https://assinador.onr.org.br/validate/VKST3-6MHZV-NABDP-MTGCA

Or access the signed document search available at the link below and provide the validation code:

https://assinador.onr.org.br/validate

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/VKST3-6MHZV-NABDP-MTGCA.

# EXHIBIT C

Tradução nº I-67858
Livro nº 817
Folha 865

*Sandra Regina Mattos Rudzit*

TRADUTORA PÚBLICA

---

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

---

December 8, 2025, 03:25 p.m.

Normative Exhibition

### CENTRAL BANK OF BRAZIL

### Communication No. 44.234 of November 18, 2025

COMMUNICATION No. 44.234, OF NOVEMBER 18, 2025

This notice announces the declaration of extrajudicial liquidation of BANCO MASTER S.A., the appointment of the extrajudicial liquidator, and the freezing of assets belonging to the controlling shareholders and former administrators of the institution.

The Department of Resolution and Sanctioning Action (Derad) informs financial institutions, other institutions authorized to operate by the Central Bank of Brazil, stock exchanges, and entities authorized to carry out the activity of registering financial assets and securities that, through Presidential Act No. 1.369 of this date, based on articles 15, main paragraph, item I, letters "a" and "b" and paragraph 2, and 16, both of Law No. 6.024, of March 13, 1974, the extrajudicial liquidation of BANCO MASTER S.A., CNPJ 33.923.798/0001-00, headquartered in Rio de Janeiro/RJ, was decreed, and EFB REGIMES ESPECIAIS DE EMPRESAS LTDA., CNPJ 43.336.034/0001-64 was appointed, with Eduardo Felix Bianchini, identity card 5436983-6-SSP/SP and CPF 096.514.621-91, as the technical manager, was appointed to act as the extrajudicial liquidator, with broad powers of administration and representation of the company.

2. As a consequence of the declaration of extrajudicial liquidation, pursuant to Article 36 of Law No. 6.024 of 1974, and Article 2 of Law No. 9.447 of March 14, 1997, the assets of the following controlling shareholders and former administrators are hereby frozen:

### I – Controlling shareholders:

a) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

b) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

c) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

d) DANIEL BUENO VORCARO, CPF 062.098.326-44

e) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

### II - Former administrators:

a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

b) DANIEL BUENO VORCARO, already qualified

c) FELIPE WALLACE SIMONSEN, already qualified

d) LUIZ ANTONIO BULL, CPF 964.812.268-72

3. Any information regarding the existence of assets or securities registered or recorded in these institutions in the name of BANCO MASTER S.A. must be transmitted directly to the extrajudicial liquidator, who performs his duties at Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

FABIO CARLOS FERREIRA

Acting Deputy Head of the Resolution and Sanctioning Action Department

### Follow the CB

(illegible)

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/KWLJ7-6NAHB-2DJRM-LG9C9.

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www.just.trd.br

**Tradução nº I-67858**
**Livro nº 817**
**Folha 866**

Sandra Regina Mattos Rudzit

TRADUTORA PÚBLICA

Access to information

Monetary Policy

https://www.bcb.gov.br/estabilidadefinanceira/exibenormativo?tipo=Comunicado&numero=44234
*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29082*

SANDRA REGINA MATTOS RUDZIT
Tradutora Pública

san/380719.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www.just.trd.br

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/KWLJ7-6NAHB-2DJRM-LG9C9.



**BANCO CENTRAL DO BRASIL**

# Comunicado nº 44.234 de 18/11/2025

COMUNICADO Nº 44.234, DE 18 DE NOVEMBRO DE 2025

> Comunica a decretação da liquidação extrajudicial do BANCO MASTER S.A., a nomeação do liquidante extrajudicial e a indisponibilidade dos bens dos controladores e dos ex-administradores da instituição.

       O Departamento de Resolução e de Ação Sancionadora (Derad) comunica às instituições financeiras, às demais instituições autorizadas a funcionar pelo Banco Central do Brasil, às bolsas de valores e às entidades autorizadas a exercer a atividade de registro de ativos financeiros e de valores mobiliários que, por meio do Ato do Presidente nº 1.369 desta data, com fundamento nos arts. 15, *caput*, inciso I, alíneas "a" e "b" e § 2º, e 16, ambos da Lei nº 6.024, de 13 de março de 1974, foi decretada a liquidação extrajudicial do BANCO MASTER S.A., CNPJ 33.923.798/0001-00, com sede no Rio de Janeiro/RJ, e nomeada a EFB REGIMES ESPECIAIS DE EMPRESAS LTDA., CNPJ 43.336.034/0001-64, tendo como responsável técnico, Eduardo Felix Bianchini, carteira de identidade 5436983-6-SSP/SP e CPF 096.514.621-91, para exercer a função de liquidante extrajudicial, com amplos poderes de administração e representação da sociedade.

2. Em decorrência da decretação da liquidação extrajudicial, nos termos do art. 36 da Lei nº 6.024, de 1974, e do art. 2º da Lei nº 9.447, de 14 de março de 1997, ficam indisponíveis os bens dos controladores e ex-administradores a seguir identificados:

       **I – Controladores:**

       a) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

       b) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

       c) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

       d) DANIEL BUENO VORCARO, CPF 062.098.326-44

       e) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

       **II – Ex-administradores:**

       a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

       b) DANIEL BUENO VORCARO, já qualificado

       c) FELIPE WALLACE SIMONSEN, já qualificado

       d) LUIZ ANTONIO BULL, CPF 964.812.268-72

3. Eventuais informações a respeito da existência de bens ou valores inscritos ou registrados nessas instituições em nome do BANCO MASTER S.A. devem ser transmitidas diretamente ao liquidante extrajudicial, que exerce sua função na Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

       FABIO CARLOS FERREIRA

Chefe Adjunto Substituto do Departamento de Resolução e de Ação Sancionadora

---

Siga o BC



<http://br.linkedin.com/company/bco-central-do-brasil>
<http://www.instagram.com/bancocentraldobrasil/>    bcb.gov.br/rss/conteudo/124175749@N03/> br.facebook.com/bancocentraldobrasil_

| Acesso à informação | ⌄ |
|---|---|

| Política monetária | ⌄ |
|---|---|

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/KWLJ7-6NAHB-2DJRM-LG9C9.



# MANIFESTO DE ASSINATURAS



Código de validação: KWLJ7-6NAHB-2DJRM-LG9C9

Documento assinado com o uso de certificado digital ICP Brasil, no Assinador ONR, pelos seguintes signatários:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

Para verificar as assinaturas, acesse o link direto de validação deste documento:

https://assinador.onr.org.br/validate/KWLJ7-6NAHB-2DJRM-LG9C9

Ou acesse a consulta de documentos assinados disponível no link abaixo e informe o código de validação:

https://assinador.onr.org.br/validate

**Tradução nº I-67860**
**Livro nº 817**
**Folha 869**

*Sandra Regina Mattos Rudzit*

*TRADUTORA PÚBLICA*

---

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

---

December 8, 2025, 03:25 p.m.

<div align="center">Normative Exhibition</div>

<div align="center">

**CENTRAL BANK OF BRAZIL**

</div>

**Communication No. 44.236 of November 18, 2025**

<div align="center">COMMUNICATION No. 44.236, OF NOVEMBER 18, 2025</div>

This notice announces the declaration of extrajudicial liquidation of BANCO MASTER DE INVESTIMENTO S.A., the appointment of the extrajudicial liquidator, and the freezing of assets belonging to the controlling shareholders and former administrators of the institution.

The Department of Resolution and Sanctioning Action (Derad) informs financial institutions, other institutions authorized to operate by the Central Bank of Brazil, stock exchanges, and entities authorized to carry out the activity of registering financial assets and securities that, through Presidential Act No. 1.371 of this date, based on articles 15, head paragraph and paragraph 2, 16 and 51, all of Law No. 6.024, of March 13, 1974, and considering the interest link evidenced by the exercise, control and existence of common administration with BANCO MASTER S.A., CNPJ 33.923.798/0001-00, the liquidation of which is decreed on this date, the extrajudicial liquidation of BANCO MASTER DE INVESTIMENTO S.A., CNPJ 09.526.594/0001-43, headquartered in São Paulo/SP, was decreed, and EFB REGIMES ESPECIAIS DE EMPRESAS LTDA, CNPJ 43.336.034/0001-64 was appointed, with Eduardo Felix Bianchini, identity card 5436983-6-SSP/SP and CPF 096.514.621-91, as the technical manager, was appointed to act as the extrajudicial liquidator, with broad powers of administration and representation of the company.

2. As a consequence of the declaration of extrajudicial liquidation, pursuant to Article 36 of Law No. 6.024 of 1974, and Article 2 of Law No. 9.447, of March 14, 1997, the assets of the following controlling shareholders and former administrators are hereby frozen:

**I – Controlling shareholders:**

a) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

b) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

c) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

d) DANIEL BUENO VORCARO, CPF 062.098.326-44

e) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

**II - Former administrators:**

a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

b) DANIEL BUENO VORCARO, already qualified

c) LUIZ ANTONIO BULL, CPF 964.812.268-72

d) REINALDO HOSSPIAN SALLES LIMA, CPF 022.622.048-61

e) VIVIANE APARECIDA RODRIGUES AFONSO, CPF 273.105.798-01

3. Any information regarding the existence of assets or securities registered or recorded in these institutions in the name of BANCO MASTER DE INVESTIMENTO S.A. must be transmitted directly to the extrajudicial liquidator, who performs his duties at Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

FABIO CARLOS FERREIRA

Acting Deputy Head of the Resolution and Sanctioning Action Department

<div align="center">

**Follow the CB**

</div>

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100- São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br – www.just.trd.br

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/TM2LA-TH5D6-9GCBX-5ZMSV.

**Tradução nº I-67860**
**Livro nº 817**
**Folha 870**

Sandra Regina Mattos Rudzit

TRADUTORA PÚBLICA

(illegible)

https://www.bcb.gov.br/estabilidadefinanceira/exibenormativo?tipo=Comunicado&numero=44236
*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29082*

SANDRA REGINA MATTOS RUDZIT

Tradutora Pública

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/TM2LA-TH5D6-9GCBX-5ZMSV.

san/380720.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português e Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 ▬ Térreo ▬ Cerqueira César ▬ Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br ▬ www.just.trd.br



**BANCO CENTRAL DO BRASIL**

# Comunicado nº 44.236 de 18/11/2025

COMUNICADO N° 44.236, DE 18 DE NOVEMBRO DE 2025

Comunica a decretação da liquidação extrajudicial do BANCO MASTER DE INVESTIMENTO S.A., a nomeação do liquidante extrajudicial e a indisponibilidade dos bens dos controladores e dos ex-administradores da instituição.

O Departamento de Resolução e de Ação Sancionadora (Derad) comunica às instituições financeiras, às demais instituições autorizadas a funcionar pelo Banco Central do Brasil, às bolsas de valores e às entidades autorizadas a exercer a atividade de registro de ativos financeiros e de valores mobiliários que, por meio do Ato do Presidente nº 1.371 desta data, com fundamento nos arts. 15, *caput* e § 2º, 16 e 51, todos da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o BANCO MASTER S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, foi decretada, por extensão, a liquidação extrajudicial do BANCO MASTER DE INVESTIMENTO S.A., CNPJ 09.526.594/0001-43, com sede em São Paulo/SP, e nomeada a EFB REGIMES ESPECIAIS DE EMPRESAS LTDA., CNPJ 43.336.034/0001-64, tendo como responsável técnico, Eduardo Felix Bianchini, carteira de identidade 5436983-6-SSP/SP, CPF 096.514.621-91, para exercer a função de liquidante extrajudicial, com amplos poderes de administração e representação da sociedade.

2. Em decorrência da decretação da liquidação extrajudicial, nos termos do art. 36 da Lei nº 6.024, de 1974, e do art. 2º da Lei nº 9.447, de 14 de março de 1997, ficam indisponíveis os bens dos controladores e ex-administradores a seguir identificados:

**I – Controladores:**

a) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

b) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

c) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

d) DANIEL BUENO VORCARO, CPF 062.098.326-44

e) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

**II - Ex-administradores:**

a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

b) DANIEL BUENO VORCARO, já qualificado

c) LUIZ ANTONIO BULL, CPF 964.812.268-72

d) REINALDO HOSSEPIAN SALLES LIMA, CPF 022.622.048-61

e) VIVIANE APARECIDA RODRIGUES AFONSO, CPF 273.105.798-01

3. Eventuais informações a respeito da existência de bens ou valores inscritos ou registrados nessas instituições em nome do BANCO MASTER DE INVESTIMENTO S.A. devem ser transmitidas diretamente ao liquidante extrajudicial, que exerce sua função na Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

FABIO CARLOS FERREIRA

Chefe Adjunto Substituto do Departamento de Resolução e de Ação Sancionadora

---

**Siga o BC**

<http://br.linkedin.com/company/bet-<http://www....central-do-brasil> br.facebook.com/bancocen...do_brasil>



Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/TM2LA-TH5D6-9GCBX-5ZMSV.



# MANIFESTO DE ASSINATURAS



Código de validação: TM2LA-TH5D6-9GCBX-5ZMSV

Documento assinado com o uso de certificado digital ICP Brasil, no Assinador ONR, pelos seguintes signatários:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

Para verificar as assinaturas, acesse o link direto de validação deste documento:

https://assinador.onr.org.br/validate/TM2LA-TH5D6-9GCBX-5ZMSV

Ou acesse a consulta de documentos assinados disponível no link abaixo e informe o código de validação:

https://assinador.onr.org.br/validate

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/TM2LA-TH5D6-9GCBX-5ZMSV.



**Tradução nº I-67859**
**Livro nº 817**
**Folha 867**

---

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

---

December 8, 2025, 3:26 p.m.

Normative Exhibition

## CENTRAL BANK OF BRAZIL

**Communication No. 44.237 of November 18, 2025**

COMMUNICATION No. 44.237, OF NOVEMBER 18, 2025

This notice announces the declaration of extrajudicial liquidation of BANCO LETSBANK S.A., the appointment of the extrajudicial liquidator, and the freezing of assets belonging to the controlling shareholders and former administrators of the institution.

The Department of Resolution and Sanctioning Action (Derad) informs financial institutions, other institutions authorized to operate by the Central Bank of Brazil, stock exchanges, and entities authorized to carry out the activity of registering financial assets and securities that, through Presidential Act No. 1.372 of this date, based on articles 15, head provision, and paragraph 2, 16 and 51, all of Law No. 6.024, of March 13, 1974, and considering the interest link evidenced by the exercise, control and existence of common administration with BANCO MASTER S.A., CNPJ 33.923.798/0001-00, the liquidation of which is decreed on this date, the extrajudicial liquidation of BANCO LETSBANK S.A., CNPJ 58.497.702/0001-02, headquartered in São Paulo/SP, was decreed, and EFB REGIMES ESPECIAIS DE EMPRESAS LTDA., CNPJ 43.336.034/0001-64 was appointed, with Eduardo Felix Bianchini, identity card 5436983-6-SSP/SP and CPF 096.514.621-91, as the technical manager, was appointed to act as the extrajudicial liquidator, with broad powers of administration and representation of the company.

2. As a consequence of the declaration of extrajudicial liquidation, pursuant to Article 36 of Law No. 6.024 of 1974, and Article 2 of Law No. 9.447 of March 14, 1997, the assets of the following controlling shareholders and former administrators are hereby frozen:

**I – Controlling shareholders:**

a) JK 031 EMPREENDIMENTOS E PARTICIPACOES S.A., CNPJ 49.642.083/0001-01

b) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

c) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

d) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

e) DANIEL BUENO VORCARO, CPF 062.098.326-44

f) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

**II - Former administrators:**

a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

b) DANIEL BUENO VORCARO, already qualified

c) FLAVIO JOSE PAGAN RIVAROLI, CPF 282.684.058-48

d) LUIZ ANTONIO BULL, CPF 964.812.268-72

e) MAURICIO ANTONIO QUADRADO, CPF 032.718.308-00

f) REINALDO HOSSEPIAN SALLES LIMA, CPF 022.622.048-61

g) RENATA LEME BORGES DOS SANTOS, CPF 262.766.798-01

h) ROBERTO MUSTO, CPF 042.833.108-40

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br- www.just.trd.br

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/GFX7K-YVQTT-8HQA3-UWA3C.

**Sandra Regina Mattos Rudzit**

*TRADUTORA PÚBLICA*

i) VIVIANE APARECIDA RODRIGUES AFONSO, CPF 273.105.798-01

3. Any information regarding the existence of assets or securities registered or recorded in these institutions in the name of BANCO LETSBANK S.A. must be transmitted directly to the extrajudicial liquidator, who performs his duties at Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

FABIO CARLOS FERREIRA

Acting Deputy Head of the Resolution and Sanctioning Action Department

https://www.bcb.gov.br/estabilidadefinanceira/exibenormativo?tipo=Comunicado&numero=44237
*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29082*

SANDRA REGINA MATTOS RUDZIT

Tradutora Pública

san/380721.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688 - CPF 082.060.018-08 - RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383 - e-mail: just@just.trd.br- www.just.trd.br

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/GFX7K-YVQTT-8HQA3-UWA3C.



**BANCO CENTRAL DO BRASIL**

# Comunicado nº 44.237 de 18/11/2025

COMUNICADO N° 44.237, DE 18 DE NOVEMBRO DE 2025

Comunica a decretação da liquidação extrajudicial do BANCO LETSBANK S.A., a nomeação do liquidante extrajudicial e a indisponibilidade dos bens dos controladores e dos ex-administradores da instituição.

O Departamento de Resolução e de Ação Sancionadora (Derad) comunica às instituições financeiras, às demais instituições autorizadas a funcionar pelo Banco Central do Brasil, às bolsas de valores e às entidades autorizadas a exercer a atividade de registro de ativos financeiros e de valores mobiliários que, por meio do Ato do Presidente nº 1.372 desta data, com fundamento nos arts. 15, *caput* e § 2°, 16 e 51, todos da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o BANCO MASTER S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, foi decretada, por extensão, a liquidação extrajudicial do BANCO LETSBANK S.A., CNPJ 58.497.702/0001-02, com sede em São Paulo/SP, e nomeada a EFB REGIMES ESPECIAIS DE EMPRESAS LTDA., CNPJ 43.336.034/0001-64, tendo como responsável técnico, Eduardo Felix Bianchini, carteira de identidade 5436983-6-SSP/SP, CPF 096.514.621-91, para exercer a função de liquidante extrajudicial, com amplos poderes de administração e representação da sociedade.

2. Em decorrência da decretação da liquidação extrajudicial, nos termos do art. 36 da Lei nº 6.024, de 1974, e do art. 2º da Lei nº 9.447, de 14 de março de 1997, ficam indisponíveis os bens dos controladores e ex-administradores a seguir identificados:

**I – Controladores:**

a) JK 031 EMPREENDIMENTOS E PARTICIPACOES S.A, CNPJ 49.642.083/0001-01

b) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

c) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

d) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

e) DANIEL BUENO VORCARO, CPF 062.098.326-44

f) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

**II - Ex-administradores:**

a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

b) DANIEL BUENO VORCARO, já qualificado

c) FLAVIO JOSE PAGAN RIVAROLI, CPF 282.684.058-48

d) LUIZ ANTONIO BULL, CPF 964.812.268-72

e) MAURICIO ANTONIO QUADRADO, CPF 032.718.308-00

f) REINALDO HOSSEPIAN SALLES LIMA, CPF 022.622.048-61

g) RENATA LEME BORGES DOS SANTOS, CPF 262.766.798-01

h) ROBERTO MUSTO, CPF 042.833.108-40

i) VIVIANE APARECIDA RODRIGUES AFONSO, CPF 273.105.798-01

3. Eventuais informações a respeito da existência de bens ou valores inscritos ou registrados nessas instituições em nome do BANCO LETSBANK S.A. devem ser transmitidas diretamente ao liquidante extrajudicial, que exerce sua função na Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

FABIO CARLOS FERREIRA

Chefe Adjunto Substituto do Departamento de Resolução e de Ação Sancionadora

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/GFX7K-YVQTT-8HQA3-UWA3C.



# MANIFESTO DE ASSINATURAS



Código de validação: GFX7K-YVQTT-8HQA3-UWA3C

Documento assinado com o uso de certificado digital ICP Brasil, no Assinador ONR, pelos seguintes signatários:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

Para verificar as assinaturas, acesse o link direto de validação deste documento:

https://assinador.onr.org.br/validate/GFX7K-YVQTT-8HQA3-UWA3C

Ou acesse a consulta de documentos assinados disponível no link abaixo e informe o código de validação:

https://assinador.onr.org.br/validate

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/GFX7K-YVQTT-8HQA3-UWA3C.



**Tradução nº I-67861**
**Livro nº 817**
**Folha 871**

---

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

12/08/25, 03:26 p.m.                                          Normative Exhibition

### Central Bank of Brazil

**Communication No. 44.238 of November 18, 2025**

COMMUNICATION No. 44.238, OF NOVEMBER 18, 2025

This notice announces the declaration of extrajudicial liquidation of MASTER S/A CORRETORA DE CÂMBIO, TÍTULOS E VALORES MOBILIÁRIOS, the appointment of the extrajudicial liquidator, and the freezing of assets belonging to the controlling shareholders and former administrators of the institution.

The Department of Resolution and Sanctioning Action (Derad) informs financial institutions, other institutions authorized to operate by the Central Bank of Brazil, stock exchanges, and entities authorized to carry out the activity of registering financial assets and securities that, through Presidential Act No. 1.373 of this date, based on articles 15, head paragraph and paragraph 2, 16, 51 and 52, all of Law No. 6.024, of March 13, 1974, and considering the interest link evidenced by the exercise, control and existence of common administration with BANCO MASTER S.A., CNPJ 33.923.798/0001-00, the liquidation of which is decreed on this date, the extrajudicial liquidation of MASTER S/A CORRETORA DE CÂMBIO, TÍTULOS E VALORES MOBILIÁRIOS, CNPJ 33.886.862/0001-12, headquartered in Rio de Janeiro/RJ, was decreed, and EFB REGIMES ESPECIAIS DE EMPRESAS LTDA., CNPJ 43.336.034/0001-64 was appointed, with Eduardo Felix Bianchini, identity card 5436983-6-SSP/SP and CPF 096.514.621-91, as the technical manager, was appointed to act as the extrajudicial liquidator, with broad powers of administration and representation of the company.

2. As a consequence of the declaration of extrajudicial liquidation, pursuant to Article 36 of Law No. 6.024 of 1974, and Article 2 of Law No. 9.447 of March 14, 1997, the assets of the following controlling shareholders and former administrators are hereby frozen:

**I – Controlling shareholders:**

a) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

b) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

c) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

d) DANIEL BUENO VORCARO, CPF 062.098.326-44

e) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

**II - Former administrators:**

a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

b) JOSE RICARDO DE QUEIROZ PEREIRA, CPF 866.978.117-49

c) LUIZ ANTONIO BULL, CPF 964.812.268-72

d) REINALDO HOSSEPIAN SALLES LIMA, CPF 022.622.048-61

e) VINICIUS DA SILVA PINTO, CPF 315.706.708-70

3. Any information regarding the existence of assets or securities registered or recorded in these institutions in the name of MASTER S/A CORRETORA DE CÂMBIO, TÍTULOS E VALORES MOBILIÁRIOS must be transmitted directly to the extrajudicial liquidator, who performs his duties at Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

FABIO CARLOS FERREIRA

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www. just.trd.br

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/PWHC8-GR68G-8HBJ7-7MU6B.

**Tradução nº I-67861**
**Livro nº 817**
**Folha 872**

_Sandra Regina Mattos Rudzit_

TRADUTORA PÚBLICA

Acting Deputy Head of the Resolution and Sanctioning Action Department

**Follow the CB**

(illegible)

_NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução._

São Paulo, 08 de dezembro de 2025

_Recibo Nº 29082_

SANDRA REGINA MATTOS RUDZIT

Tradutora Pública

san/380722.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www.just.trd.br

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/PWHC8-GR68G-8HBJ7-7MU6B.



# BANCO CENTRAL DO BRASIL

## Comunicado nº 44.238 de 18/11/2025

COMUNICADO Nº 44.238, DE 18 DE NOVEMBRO DE 2025

> Comunica a decretação da liquidação extrajudicial da MASTER S/A CORRETORA DE CÂMBIO, TÍTULOS E VALORES MOBILIÁRIOS, a nomeação do liquidante extrajudicial e a indisponibilidade dos bens dos controladores e dos ex-administradores da instituição.

O Departamento de Resolução e de Ação Sancionadora (Derad) comunica às instituições financeiras, às demais instituições autorizadas a funcionar pelo Banco Central do Brasil, às bolsas de valores e às entidades autorizadas a exercer a atividade de registro de ativos financeiros e de valores mobiliários que, por meio do Ato do Presidente nº 1.373 desta data, com fundamento nos arts. 15, *caput* e § 2º, 16, 51 e 52, todos da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o BANCO MASTER S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, foi decretada, por extensão, a liquidação extrajudicial da MASTER S/A CORRETORA DE CÂMBIO, TÍTULOS E VALORES MOBILIÁRIOS, CNPJ 33.886.862/0001-12, com sede no Rio de Janeiro/RJ, e nomeada a EFB REGIMES ESPECIAIS DE EMPRESAS LTDA., CNPJ 43.336.034/0001-64, tendo como responsável técnico, Eduardo Felix Bianchini, carteira de identidade 5436983-6-SSP/SP, CPF 096.514.621-91, para exercer a função de liquidante extrajudicial, com amplos poderes de administração e representação da sociedade.

2. Em decorrência da decretação da liquidação extrajudicial, nos termos do art. 36 da Lei nº 6.024, de 1974, e do art. 2º da Lei nº 9.447, de 14 de março de 1997, ficam indisponíveis os bens dos controladores e ex-administradores a seguir identificados:

### I – Controladores:

a) MASTER HOLDING FINANCEIRA S.A., CNPJ 54.331.263/0001-02

b) 133 INVESTIMENTOS E PARTICIPAÇÕES LTDA., CNPJ 31.093.039/0001-24

c) ARMANDO MIGUEL GALLO NETO, CPF 128.207.668-03

d) DANIEL BUENO VORCARO, CPF 062.098.326-44

e) FELIPE WALLACE SIMONSEN, CPF 180.471.708-80

### II - Ex-administradores:

a) ANGELO ANTONIO RIBEIRO DA SILVA, CPF 013.529.807-54

b) JOSE RICARDO DE QUEIROZ PEREIRA, CPF 866.978.117-49

c) LUIZ ANTONIO BULL, CPF 964.812.268-72

d) REINALDO HOSSEPIAN SALLES LIMA, CPF 022.622.048-61

e) VINICIUS DA SILVA PINTO, CPF 315.706.708-70

3. Eventuais informações a respeito da existência de bens ou valores inscritos ou registrados nessas instituições em nome da MASTER S/A CORRETORA DE CÂMBIO, TÍTULOS E VALORES MOBILIÁRIOS. devem ser transmitidas diretamente ao liquidante extrajudicial, que exerce sua função na Rua Elvira Ferraz, 440, Vila Olímpia, São Paulo/SP, CEP 04.552-040.

FABIO CARLOS FERREIRA

Chefe Adjunto Substituto do Departamento de Resolução e de Ação Sancionadora

**Siga o BC**



<http://br.linkedin.com/company/banco-central-do-brasil> <http://www.instagram.com/bancocentraldobrasil/>

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/PWHC8-GR68G-8HBJ7-7MU6B.



# MANIFESTO DE ASSINATURAS



Código de validação: PWHC8-GR68G-8HBJ7-7MU6B

Documento assinado com o uso de certificado digital ICP Brasil, no Assinador ONR, pelos seguintes signatários:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

Para verificar as assinaturas, acesse o link direto de validação deste documento:

https://assinador.onr.org.br/validate/PWHC8-GR68G-8HBJ7-7MU6B

Ou acesse a consulta de documentos assinados disponível no link abaixo e informe o código de validação:

https://assinador.onr.org.br/validate

Documento assinado no Assinador ONR. Para validar o documento e suas assinaturas acesse https://assinador.onr.org.br/validate/PWHC8-GR68G-8HBJ7-7MU6B.

# EXHIBIT D

Tradução nº I-67857
Livro nº 817
Folha 862

**Sandra Regina Mattos Rudzit**

TRADUTORA PÚBLICA

*Eu, Sandra Regina Mattos Rudzit, tradutora pública, certifico e dou fé que me foi apresentado um documento, em idioma inglês, que passo a traduzir para o vernáculo no seguinte teor:*

(…)

### Central Bank of Brazil

### ACT No. 1.369 OF NOVEMBER 18, 2025

Declares the extrajudicial liquidation of Banco Master S.A.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters "a" and "b" and paragraph 2, and 16 of Law No. 6.024 of March 13, 1974, due to the worsening of the economic and financial situation of the institution, with deterioration of the situation of liquidity, as well as due to violation of the rules governing the banking activity and noncompliance with the determinations of the Central Bank of Brazil, as provided for in PE 285696, resolves:

Article 1 The extrajudicial liquidation of Banco Master S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.923.798/0001-00, with principal place of business in Rio de Janeiro, RJ is hereby declared.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

GABRIEL MURICCA GALÍPOLO

### ACT No. 1.370 OF NOVEMBER 18, 2025

Declares the temporary special management regime of Banco Master Múltiplo S.A.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on art. 4 of Law No. 9.447 of March 14, 1997, on arts. 15, paragraph 1, and 51 of Law No. 6.024 of March 13, 1974, and on arts. 1, sole paragraph, 3, 8 and 11, head provision, letter "a" of Decree-Law No. 2.321 of February 25, 1987, and considering the provisions of PE 285696, resolves:

Article 1 The temporary special management regime - Raet of Banco Master Múltiplo S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.884.941/0001-94, with principal place of business in São Paulo, SP is hereby declared.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed to carry out the temporary special management, with broad management powers.

Article 3 The term of duration of the Raet shall be of up to one hundred and twenty days.

GABRIEL MURICCA GALÍPOLO

### ACT No. 1.371 OF NOVEMBER 18, 2025

Declares the extrajudicial liquidation of Banco Master de Investimento S.A.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www. just.trd.br

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/3TMK3-Z28P9-6E3ZM-P9NQW.

Tradução nº I-67857
Livro nº 817
Folha 863

**Sandra Regina Mattos Rudzit**

TRADUTORA PÚBLICA

"a" and "b", and paragraph 2, 16 and 51 of Law No. 6.024 of March 13, 1974, and considering the relationship of interest, evidenced by the exercise of the controlling power and by the existence of common management with Banco Master S.A., CNPJ 33.923.798/0001-00, the extrajudicial liquidation of which is declared on the date hereof, and the other provisions of PE 285696, resolves:

Article 1 The extrajudicial liquidation of Banco Master de Investimento S.A., CNPJ 09.526.594/0001-43, with principal place of business in São Paulo, SP, is declared by extension.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

GABRIEL MURICCA GALÍPOLO

## ACT No. 1.372 OF NOVEMBER 18, 2025

Declares the extrajudicial liquidation of Banco Letsbank S.A.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters "a" and "b", and paragraph 2, 16 and 51 of Law No. 6.024 of March 13, 1974, and considering the relationship of interest, evidenced by the exercise of the controlling power and by the existence of common management with Banco Master S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.923.798/0001-00, the extrajudicial liquidation of which is declared on the date hereof, and the other provisions of PE 285696, resolves:

Article 1 The extrajudicial liquidation of Banco Letsbank S.A., CNPJ 58.497.702/0001-02, with principal place of business in São Paulo, SP, is declared by extension.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

GABRIEL MURICCA GALÍPOLO

## ACT No. 1.373 OF NOVEMBER 18, 2025

Declares the extrajudicial liquidation of Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários.

The President of the Central Bank of Brazil, in the performance of the duties granted to him by art. 12, head provision, item XI, letter "a" of the Internal Regulations of the Central Bank of Brazil attached to BCB Resolution No. 340 of September 21, 2023, with grounds on arts. 15, head provision, item I, letters "a" and "b", and paragraph 2, 16, 51 and 52 of Law No. 6.024 of March 13, 1974, and considering the relationship of interest, evidenced by the exercise of the controlling power and by the existence of common management with Banco Master S.A., enrolled with the National Corporate Taxpayers' Register (CNPJ) under No. 33.923.798/0001-00, the extrajudicial liquidation of which is declared on the date hereof, and the other provisions of PE 285696, resolves:

Article 1 The extrajudicial liquidation of Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários, CNPJ 33.886.862/0001-12, with  principal place of business in Rio de Janeiro, RJ is hereby declared by extension.

Article 2 EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, having as technician in charge Eduardo Felix Bianchini, identity card 5436983-6 - SSP/SP and enrolled with the Individual Taxpayer's Register (CPF) under No. ***.514.***-91, is hereby appointed liquidator, with broad

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 = Térreo = Cerqueira César = Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br - www. just.trd.br

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/3TMK3-Z28P9-6E3ZM-P9NQW.

**Tradução nº I-67857**
**Livro nº 817**
**Folha 864**

Sandra Regina Mattos Rudzit

TRADUTORA PÚBLICA

management and liquidation powers.

Article 3 September 19, 2025 is indicated as legal term of the extrajudicial liquidation.

GABRIEL MURICCA GALÍPOLO

(…)

This document can be checked at the electronic address http://www.in.gov.br/autenticidade.html, through code 05152025111900278

Document digitally signed in accordance with Provisional Measure (MP) No. 2.200-2 of 08/24/2001, which institutes the Brazilian Public Key Infrastructure - ICP-Brasil.

Logo of ICP Brasil
*NADA MAIS. LI, conferi, achei conforme e dou fé desta tradução.*

*São Paulo, 08 de dezembro de 2025*

*Recibo Nº 29081*

SANDRA REGINA MATTOS RUDZIT
Tradutora Pública

pgi/274581.doc

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/3TMK3-Z28P9-6E3ZM-P9NQW.

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.018-08- RG 8.222.837-1
Alameda Santos, 1398 - Cj. 07 – Térreo – Cerqueira César – Cep: 01418-100 - São Paulo - SP- Brasil
Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br- www.just.trd.br

Case 25-24568-SMG Doc 2-1 Filed 12/10/25 Page 46 of 47

**DECISÃO SUROC Nº 665, DE 12 DE NOVEMBRO DE 2025**

A Superintendente de Serviços de Transporte Rodoviário e Multimodal de Cargas Substituta da Agência Nacional de Transportes Terrestres - ANTT, no uso de suas atribuições, em conformidade com a Resolução nº 5.818, de 03 de maio de 2018, e nos termos do que consta no processo nº 50505.068817/2025-39, decide:

Art. 1º Outorgar Licença Complementar à empresa EMPRESA DE TRANSPORTE NACIONAL E INTERNACIONAL TRUCKENCINAS S.R.L., NIT nº 562212029, até 26 de agosto de 2030, para a prestação do serviço de transporte rodoviário internacional de cargas, no tráfego bilateral entre Bolívia e o Brasil, pelas fronteiras habilitadas e emitir o Certificado de Licença Complementar.

Art. 2º Esta Decisão entra em vigor na data da sua publicação.

GIZELLE COELHO NETTO

## Banco Central do Brasil

**ATO Nº 1.369, DE 18 DE NOVEMBRO DE 2025**

Decreta a liquidação extrajudicial do Banco Master S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, e 16 da Lei nº 6.024, de 13 de março de 1974, em razão do comprometimento da situação econômico-financeira da instituição, com deterioração da situação de liquidez, bem como por infringência às normas que disciplinam a atividade bancária e inobservância das determinações do Banco Central do Brasil, conforme consta no PE 285696, resolve:

Art. 1º Fica decretada a liquidação extrajudicial do Banco Master S.A., CNPJ 33.923.798/0001-00, com sede no Rio de Janeiro, RJ.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 - SSP/SP e CPF ***.514.***-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

GABRIEL MURICCA GALÍPOLO

**ATO Nº 1.370, DE 18 DE NOVEMBRO DE 2025**

Decreta regime de administração especial temporária no Banco Master Múltiplo S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento no art. 4º da Lei nº 9.447, de 14 de março de 1997, nos arts. 15, § 1º, e 51 da Lei nº 6.024, de 13 de março de 1974, e nos arts. 1º, parágrafo único, 3º, 8º e 11, caput, alínea "a", do Decreto-Lei nº 2.321, de 25 de fevereiro de 1987, e tendo em vista o que consta no PE 285696, resolve:

Art. 1º Fica decretado o regime de administração especial temporária - Raet no Banco Master Múltiplo S.A., CNPJ 33.884.941/0001-94, com sede em São Paulo, SP.

Art. 2º Fica nomeada para executar a administração especial temporária, com plenos poderes de gestão, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 - SSP/SP e CPF ***.514.***-91.

Art. 3º O Raet terá duração de até cento e vinte dias.

GABRIEL MURICCA GALÍPOLO

**ATO Nº 1.371, DE 18 DE NOVEMBRO DE 2025**

Decreta a liquidação extrajudicial do Banco Master de Investimento S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o Banco Master S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, e o que mais consta do PE 285696, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial do Banco Master de Investimento S.A., CNPJ 09.526.594/0001-43, com sede em São Paulo, SP.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 - SSP/SP e CPF ***.514.***-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

GABRIEL MURICCA GALÍPOLO

**ATO Nº 1.372, DE 18 DE NOVEMBRO DE 2025**

Decreta a liquidação extrajudicial do Banco Letsbank S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o Banco Master S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, e o que mais consta do PE 285696, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial do Banco Letsbank S.A., CNPJ 58.497.702/0001-02, com sede em São Paulo, SP.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 - SSP/SP e CPF ***.514.***-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

GABRIEL MURICCA GALÍPOLO

**ATO Nº 1.373, DE 18 DE NOVEMBRO DE 2025**

Decreta a liquidação extrajudicial da Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, caput, inciso XI, alínea "a", do Regimento Interno do Banco Central do Brasil, anexo à Resolução BCB nº 340, de 21 de setembro de 2023, com fundamento nos arts. 15, caput, inciso I, alíneas "a" e "b", e § 2º, 16, 51 e 52 da Lei nº 6.024, de 13 de março de 1974, e considerando o vínculo de interesse, evidenciado pelo exercício do poder de controle e pela existência de administração comum com o Banco Master S.A., CNPJ 33.923.798/0001-00, cuja liquidação extrajudicial é decretada nesta data, e o que mais consta do PE 285696, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Master S/A Corretora de Câmbio, Títulos e Valores Mobiliários, CNPJ 33.886.862/0001-12, com sede no Rio de Janeiro, RJ.

Art. 2º Fica nomeada liquidante, com amplos poderes de administração e liquidação, a EFB Regimes Especiais de Empresas Ltda., CNPJ 43.336.034/0001-64, tendo como responsável técnico Eduardo Felix Bianchini, carteira de identidade 5436983-6 - SSP/SP e CPF ***.514.***-91.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 19 de setembro de 2025.

GABRIEL MURICCA GALÍPOLO

### ÁREA DE POLÍTICA MONETÁRIA

**RESOLUÇÃO BCB Nº 524, DE 18 DE NOVEMBRO DE 2025**

Altera o regulamento anexo à Resolução BCB nº 195, de 3 de março de 2022, que regulamenta o funcionamento do Sistema de Pagamentos Instantâneos - SPI e da Conta Pagamentos Instantâneos - Conta PI no Banco Central do Brasil.

A Diretoria Colegiada do Banco Central do Brasil, em sessão realizada em 17 de novembro de 2025, com base no art. 10, caput, inciso IV, da Lei nº 4.595, de 31 de dezembro de 1964, no art. 10 da Lei nº 10.214, de 27 de março de 2001, nos arts. 7º, 9º, 10, 14 e 15 da Lei nº 12.865, de 9 de outubro de 2013, na Resolução nº 4.282, de 4 de novembro de 2013, e nos arts. 8º e 12 da Resolução CMN nº 4.952, de 30 de setembro de 2021, resolve:

Art. 1º O regulamento anexo à Resolução BCB nº 195, de 3 de março de 2022, publicada no Diário Oficial da União de 7 de março de 2022, passa a vigorar com as seguintes alterações:

"Art. 7º-A O Banco Central do Brasil disponibiliza, aos participantes diretos do SPI, o módulo SPI do SPB-Web para consulta de informações e registro de comandos referentes a parâmetros operacionais no SPI e à gestão da Conta PI de sua titularidade.

§ 1º A utilização do módulo SPI do SPB-Web somente poderá ser feita por operador especialmente credenciado pela instituição para esse fim.

§ 2º Os requisitos de segurança e a forma de utilização do módulo SPI do SPB-Web estão descritos no Manual do módulo SPI do SPB-Web, disponível no sítio do Banco Central do Brasil." (NR)

"Art. 16. ........................................................................

.......................................................................................

§ 1º-A Sem prejuízo do disposto no § 1º, o participante direto do SPI pode, por meio de acesso ao módulo SPI do SPB-Web, de que trata o art. 7º-A deste regulamento:

I - obter informação do saldo atual da Conta PI de sua titularidade, referente ao momento da última atualização dessa informação pelo SPI; e

II - submeter comandos referentes a parâmetros operacionais no SPI e à gestão de sua Conta PI.

..............................................................................." (NR)

"Art. 18. ........................................................................

.......................................................................................

III - promover o adequado gerenciamento da sua Conta PI, vinte e quatro horas por dia e em todos os dias do ano, adotando, no mínimo, as seguintes medidas:

a) a manutenção de recursos financeiros necessários para suportar as liquidações das ordens de crédito, inclusive dos participantes indiretos para os quais atue como liquidante;

b) a adoção de mecanismos próprios para identificar, em tempo real e com base em padrões históricos e comportamentais, movimentações atípicas ou potencialmente fraudulentas em sua Conta PI, avaliando desvios em relação aos parâmetros esperados e interrompendo o processamento de transações em caso de suspeita de comprometimento de seus sistemas;

c) o monitoramento das comunicações de movimentações atípicas e de atingimento de saldo mínimo na Conta PI emitidas pelo Banco Central do Brasil; e

d) sem prejuízo das ações que adote em seu próprio ambiente computacional, o acionamento tempestivo, no módulo SPI do SPB-Web, de que trata o art. 7º-A deste regulamento, do bloqueio manual ou do desbloqueio manual de emissão de ordens de pagamentos instantâneos a partir da sua Conta PI, conforme o caso, quando a avaliação do cenário feita pela instituição assim o justificar;

.......................................................................................

VII - configurar, no módulo SPI do SPB-Web, de que trata o art. 7º-A deste regulamento:

a) o valor de saldo mínimo em sua Conta PI, para fins de envio de comunicação de atingimento de saldo mínimo; e

b) o grau de intensidade para a emissão das comunicações de movimentação atípica na Conta PI pelo Banco Central do Brasil.

.......................................................................................

§ 4º A partir do bloqueio de que trata o inciso III, alínea "d", do caput, as ordens de pagamentos instantâneos submetidas pelo participante ao SPI e ainda não liquidadas serão rejeitadas pelo sistema.

§ 5º O bloqueio de que trata o inciso III, alínea "d", do caput, não inibe:

I - o recebimento de pagamentos destinados a creditar a Conta PI do participante;

II - as movimentações financeiras relacionadas aos mecanismos para provimento de liquidez em Conta PI, previstos no art. 44, caput, incisos I a III, deste regulamento; e

III - as consultas aos saldos e aos lançamentos da Conta PI.

§ 6º O comando de desbloqueio manual efetuado pelo participante no módulo SPI do SPB-Web, de que trata o inciso III, alínea "d", do caput, não produz efeitos sobre a Conta PI de participante alcançado pelas suspensões previstas nos arts. 25, 26 e 27 deste regulamento." (NR)

Art. 2º Esta Resolução entra em vigor em 1º de dezembro de 2025.

NILTON JOSÉ SCHNEIDER DAVID
Diretor de Política Monetária

### ÁREA DE REGULAÇÃO

**RESOLUÇÃO BCB Nº 523, DE 17 DE NOVEMBRO DE 2025**

Revoga a Circular nº 3.669, de 2 de outubro de 2013, que estabelece procedimentos para elaboração e remessa do Balancete Combinado do Sistema Cooperativo e elaboração e divulgação do Balanço Combinado do Sistema Cooperativo.

A Diretoria Colegiada do Banco Central do Brasil, em sessão realizada em 17 de novembro de 2025, com base nos arts. 9º e 10, caput, inciso IX, da Lei nº 4.595, de 31 de dezembro de 1964, e no art. 1º, § 1º, da Lei Complementar nº 130, de 17 de abril de 2009, resolve:

Art. 1º Fica revogada a Circular nº 3.669, de 2 de outubro de 2013, publicada no Diário Oficial da União de 4 de outubro de 2013.

Art. 2º Esta Resolução entra em vigor em 1º de janeiro de 2026.

GILNEU FRANCISCO ASTOLFI VIVAN
Diretor de Regulação

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/3TMK3-Z28P9-6E3ZM-P9NQW.



# SIGNATURES
# MANIFEST



Validation code: 3TMK3-Z28P9-6E3ZM-P9NQW

Document signed with ICP Brazil digital certificates on Assinador ONR by the following signers:

Sandra Regina Mattos Rudzit (CPF ***.060.018-**)

To verify signatures, access the  validation direct link for this document:

https://assinador.onr.org.br/validate/3TMK3-Z28P9-6E3ZM-P9NQW

Or access the signed document search available at the link below and provide the validation code:

https://assinador.onr.org.br/validate

Document signed at Assinador ONR. To validate the document and its signatures, access https://assinador.onr.org.br/validate/3TMK3-Z28P9-6E3ZM-P9NQW.