UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No.: 25-24568-SMG
                                                                    Chapter 15
BANCO MASTER, S.A., BANCO LETSBANK, S.A.,
BANCO MASTER DE INVESTIMENTOS, S.A., and
MASTER S/A CORRETORA DE CÂMBIO, TÍTULOS E
VALORES MOBILIÁRIOS,

Debtors in a Foreign Proceeding.
_____/

## DANIEL VORCARO'S MOTION FOR LEAVE TO RESPOND TO DECLARATION OF HENRIQUE FORSSELL (DE 74-1)

On March 4, 2026, the Court held a hearing on two motions for protective order filed by Daniel Vorcaro. *See* DE 47 & DE 55. During the hearing, the Court authorized the Liquidator and Mr. Vorcaro to submit supplemental briefs. Both parties submitted supplemental briefs on March 13, 2026. In addition to his brief, the Liquidator submitted a 16-page declaration by his Brazilian counsel, Henrique Forssell, including 164 pages of attachments.

The Liquidator is raising the facts set out in the declaration for the first time, despite numerous requests by undersigned counsel for information about the relevance of the requested discovery. The Liquidator did not submit this declaration (or any declaration setting out this information) in response to either motion for protective order. Nor did the Liquidator's counsel discuss this information at the hearing on March 4, 2026.

The filing of the declaration on Friday at 4:35 p.m., when Mr. Vorcaro had no opportunity to respond, is akin to the Liquidator filing the declaration *ex parte*.

For these reasons, Mr. Vorcaro respectfully requests leave to respond to Mr. Forssell's declaration.

Dated: March 17, 2026

Respectfully submitted,

KING & RUIZ LLP

By:  */s/ Gabriela M. Ruiz*
Gabriela M. Ruiz
Florida Bar No. 46844
gruiz@kingruiz.com
Mallorie A. Thomas
Florida Bar No. 1040370
mthomas@kingruiz.com
2 S. Biscayne Blvd. Suite 3200
Miami, Florida 33131
Tel.: (305) 395-4991

Stephen R. Halpin III
NY Bar No. 5944749
(admitted *pro hac vice*)
shalpin@kingruiz.com
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Tel. (212) 500-0914

*Attorneys for Daniel Vorcaro*

**CERTIFICATE OF CONFERENCE**

Pursuant to Fed. R. Civ. P. 26 and Local Rule 7026-1, I hereby certify that on March 17, 2026, undersigned counsel conferred with counsel for the Liquidator in a good faith effort to resolve the issues raised by this motion but were unable to resolve the issues raised in this motion.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 17, 2026, I caused a true and correct copy of the foregoing to be served on counsel of record by CM/ECF.

/s/ *Gabriela M. Ruiz*
Gabriela M. Ruiz

3