**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN RE:** **CASE: 25-24568-SMG**

**BANCO MASTER, S.A., BANCO LETSBANK, S.A., BANCO MASTER DE INVESTIMENTOS, S.A., and MASTER S/A CORRETORA DE CAMBIO, TITULOS E VALORES MOBILIARIOS** **CHAPTER 15**

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

**COMES NOW** the undersigned counsel and hereby files this appearance on behalf of **BRUNO C. F. DA SILVA** and **VINTAGE POINT CORP.** and requests that all further pleadings in this matter be served upon **DAVID M. GLASSBERG, ESQ**. of **GLASSBERG & GLASSBERG, P.A.**

Designation of Email Address: Glassberglaw@aol.com.

Dated: September 22, 2026

By: /s/David M. Glassberg
David M. Glassberg, Esq.

**CERTIFICATE OF SERVICE**

I certify that a true copy of this Notice of Appearance was electronically filed with the Clerk of the Court on September 22, 2026, using CM/ECF. I also certify that the foregoing document was served this day on Edward H. Davis, Jr. on behalf of Foreign Representative EFP Regimes Especiais de Empresas, Ltda. edavis@sequoralaw.com, mrivera@sequoralaw.com, 4753849420@filings.docketbird.com and the attached list either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties that are not authorized to receive electronic Notices of Electronic Filing.

**GLASSBERG & GLASSBERG, P.A.**
20423 State Road 7, Suite F6-295
Boca Raton, FL 33498
Office: (305) 669-9535
Glassberglaw@aol.com

By: /s/ David M. Glassberg

- Marissel Descalzo on behalf of Defendant SOZO REAL ESTATE INC, md@descalzolaw.com
- Marissel Descalzo on behalf of Defendant HENRIQUE M. VORCARO md@descalzolaw.com
- Marissel Descalzo on behalf of Defendant NATALIA VORCARO ZETTEL md@descalzolaw.com
- Michael Daniel Hanlon on behalf of Foreign Representative EFB Regimes Especiais de Empresas, Ltda. mhanlon@sequorlaw.com, afalcon@sequorlaw.com
- Juan J Mendoza on behalf of Foreign Representative EFB Regimes Especiais de Empresas, Ltda. jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com,4808151420@filings.docketbird.com
- Fernando J Menendez on behalf of Debtor Banco LetsBank, S.A. fmenendez@sequorlaw.com, jdiaz@sequorlaw.com,8326962420@filings.docketbird.com
- Fernando J Menendez on behalf of Debtor Banco Master de Investimentos, S.A. fmenendez@sequorlaw.com, jdiaz@sequorlaw.com,8326962420@filings.docketbird.com
- Fernando J Menendez on behalf of Debtor Banco Master, S.A. fmenendez@sequorlaw.com, jdiaz@sequorlaw.com,8326962420@filings.docketbird.com
- Fernando J Menendez on behalf of Debtor Master SA Corretora De Cambio, Titulos e Valores Mobilarios fmenendez@sequorlaw.com, jdiaz@sequorlaw.com,8326962420@filings.docketbird.com
- Fernando J Menendez on behalf of Foreign Representative EFB Regimes Especiais de Empresas, Ltda. fmenendez@sequorlaw.com, jdiaz@sequorlaw.com,8326962420@filings.docketbird.com
- Fernando J Menendez on behalf of Plaintiff EFB Regimes Especiais de Empresas, Ltda. fmenendez@sequorlaw.com, jdiaz@sequorlaw.com,8326962420@filings.docketbird.com
- Edward M Mullins, Esq on behalf of Interested Party THE BANK OF NEW YORK MELLON emullins@reedsmith.com, docampo@reedsmith.com;dsteinmeyer@reedsmith.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Shane G Ramsey on behalf of Creditor Watson Brickell Development, LLC shane.ramsey@nelsonmullins.com, linnea.hann@nelsonmullins.com;jada.prendergast@nelsonmullins.com
- Gabriela Ruiz on behalf of Interested Party Daniel Vorcaro gruiz@kingruiz.com
- Mallorie A. Thomas on behalf of Interested Party Daniel Vorcaro mthomas@kingruiz.com
- Stephanie R Traband on behalf of Interested Party KODIAK TRUST COMPANY straband@mccarter.com, chfernandez@mccarter.com;lgonzalez@mccarter.com